AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES GRAY III | ) | Case No. |
| | ) | 1:20 MJ 9378 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
10:53 am Nov 20 2020
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  NOVEMBER 19, 2020  in the county of  CUYAHOGA  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Sworn to via telephone after submission by
reliable electronic means. Crim. Rules 4.1

*Complainant's signature*

Rande Reinhard, DEA
*Printed name and title*

Date: 11/20/2020

*Judge's signature*

City and state:  Cleveland, Ohio          Magistrate Judge William H. Baughman, Jr.
*Printed name and title*